UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN DOE subscriber assigned IP address 69.117.16.240,<br><br>    Defendant. | Civil Action No. 2:18-cv-06811-DRH-SIL |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**
<u>**WITHOUT PREJUDICE OF JOHN DOE**</u>

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses John Doe ("Defendant") from this action <u>without prejudice</u>. John Doe was assigned the IP address 69.117.16.240. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: October 21, 2019    Respectfully submitted,

               By: /s/ *Jacqueline M. James*
                  Jacqueline M. James, Esq. (#1845)
                  The James Law Firm, PLLC
                  445 Hamilton Avenue, Suite 1102
                  White Plains, New York 10601
                  T: 914-358-6423
                  F: 914-358-6424
                  E-mail: jjames@jacquelinejameslaw.com
                  *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *Jacqueline M. James*
Jacqueline M. James, Esq.